# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

**No: 05-3431**

**Jeffery William Paul,**

**Appellant**

**v.**

**United States of America,**

**Appellee**

---

Appeal from U.S. District Court for the Western District of Arkansas - Hot Springs
(6:96-cr-60022)

---

## ORDER

Mr. O'Brien's request for authorization of travel expenses has been considered by the court and is hereby granted.

February 07, 2007

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.

____________________________________

/s/ Michael E. Gans