**UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT**

**No: 05-3431**

**Jeffery William Paul,**

**Appellant**

**v.**

**United States of America,**

**Appellee**

---

Appeal from U.S. District Court for the Western District of Arkansas - Hot Springs
(6:96-cr-60022)

---

**ORDER**

The motion of the appellant for reconsideration of the court's January 25, 2007 order granting in part and denying in part his application for a certificate of appealability is denied.

February 23, 2007

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.

/s/ Michael E. Gans