**U.S. Department of Justice**

Criminal Division

*Washington, D.C. 20530*

February 22, 2007

Michael E. Gans, Clerk
United States Court of Appeals for the Eighth Circuit
Thomas F. Eagleton Courthouse
Room 24.329
111 South 10th Street
St. Louis, Missouri 63102

**Re:** ***Paul v. United States,*** **No. 05-3431**

Dear Mr. Gans:

I have enclosed for filing in the above-referenced case the original and three (3) copies of the **Government's Designation of the Record and Statement of Understanding as to Issue 3.** Please return to me a file-stamped copy, indicating your office's receipt, for my files in this case.

Thank you for your assistance.

Sincerely,

J. RICHARD BROUGHTON
Capital Case Unit
(202) 616-8347
Richard.broughton@usdoj.gov

RECEIVED
FEB 23 2007
U.S. COURT OF APPEALS
EIGHTH CIRCUIT

IN THE
UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

| | | |
|---|---|---|
| JEFFREY WILLIAM PAUL, *Appellant,* | § | |
| v. | § | No. 05-3431 ***CAPITAL CASE*** |
| UNITED STATES OF AMERICA, *Appellee.* | § | |

**GOVERNMENT'S DESIGNATION OF THE RECORD AND STATEMENT OF UNDERSTANDING AS TO ISSUE 3**

The Government concurs in the designation of record filed by Appellant in this Court on February 7, 2007, and would also add the following at this time:

| | |
|---|---|
| Docket Entry #284. | Government's response in opposition to motion for new trial or to vacate conviction and death sentence pursuant to 28 U.S.C. 2255 by Jeffrey William Paul and response in opposition to motion for discovery by Jeffrey William Paul. |
| (Unnumbered) | Transcript of video teleconference held on 8/6/04. |

In addition, the Government wishes to clarify its understanding of the issues for which a Certificate of Appealability (COA) was granted. In his Statement of the



Appellate Case: 05-3431 Page: 2 Date Filed: 02/23/2007 Entry ID: 3281836

Issues, filed with his Designation of the Record on February 7, 2007, Appellant identifies Issue 3 as the following: "Whether Mr. Paul has a right to competence in habeas corpus proceedings and, if so, whether that right was violated in this case." In its Order of January 25, 2007, however, this Court granted COA on the question of whether Appellant has a "constitutional" right to competence during federal habeas corpus proceedings and, if so, whether that "constitutional" right was violated. The Government therefore understands Issue 3 as limited to the existence of a *constitutional* right (as it must be, to comply with the standards for the granting of COA under 28 U.S.C. § 2253(c)).

Moreover, for the reasons provided in the Government's Response in Opposition to Appellant's Application for COA, the Government opposes Appellant's pending request for reconsideration of the issues for which this Court already denied COA, and respectfully requests that the motion to reconsider be denied.

Respectfully submitted,

ROBERT C. BALFE
United States Attorney
Western District of Arkansas

STEVEN N. SNYDER
WILLIAM M. CROMWELL
Assistant United States Attorneys



Appellate Case: 05-3431 Page: 3 Date Filed: 02/23/2007 Entry ID: 3281836

MARGARET P. GRIFFEY
Chief, Capital Case Unit
United States Department of Justice

/s/ J. Richard Broughton

J. RICHARD BROUGHTON
Attorney, Capital Case Unit
United States Department of Justice
Criminal Division
1331 F Street NW
Washington, D.C. 20530
(202) 616-8347
(202) 353-9779 (FAX)
Richard.broughton@usdoj.gov

COUNSEL FOR THE UNITED STATES



Appellate Case: 05-3431 Page: 4 Date Filed: 02/23/2007 Entry ID: 3281836

## CERTIFICATE OF SERVICE

I certify that, on this the 22nd day of February, 2007, a true and correct copy of this **Government's Designation of the Record and Statement of Understanding as to Issue 3** has been served via Federal Express upon the following counsel for Jeffrey William Paul:

Robert L. McGlasson, Esq.
1024 Clairemont Avenue
Decatur, Georgia 30030

Sean Dennis O'Brien, Esq.
Public Interest Litigation Clinic
305 E. 63rd Street
Kansas City, Missouri 64113.


J. RICHARD BROUGHTON
Attorney, Capital Case Unit
United States Department of Justice
Criminal Division
1331 F Street, NW
Washington, D.C. 20530
(202) 616-8347
(202) 353-9779 (FAX)
Richard.broughton@usdoj.gov

COUNSEL FOR THE UNITED STATES




Appellate Case: 05-3431 Page: 5 Date Filed: 02/23/2007 Entry ID: 3281836