IN THE
UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

FILED
FEB 07 2007
MICHAEL GANS
CLERK OF COURT

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Appellee,** | ) | |
| | ) | |
| **v.** | ) | **NO. 05-3431** |
| | ) | |
| **JEFFREY WILLIAM PAUL,** | ) | |
| | ) | |
| **Appellant.** | ) | |
| | ) | |

## MOTION TO AUTHORIZE FEES AND EXPENSES OF ASSOCIATE COUNSEL

Comes now Appellant, by counsel, Sean D. O'Brien, and moves this Court to approve the payment of fees and expenses of Ms. Jennifer Merrigan, an associate in Mr. O'Brien's office, to assist in researching and drafting the brief on appeal in this matter. For his motion, Mr. O'Brien states:

1. This Court originally appointed Mr. Robert McGlasson of Atlanta, Georgia, as co-counsel in this matter. Mr. McGlasson has substantial experience in the representation of prisoners on death row, and had been previously appointed to represent Mr. Paul on his direct appeal in this matter and in Sec. 2255 proceedings in the court below.

2. Mr. McGlasson is presently engaged in trial in *Georgia v. Nichols*, No. 05SC29988, a highly publicized case involving several counts of capital murder in

U.S. COURT OF APPEALS
RECEIVED FAX
FEB 07 2007

which the State of Georgia is seeking the death penalty. Jury selection began the last week in December and is still underway; Mr. McGlasson advises that the trial may continue through the month of July, 2007. Therefore, Mr. McGlasson will have virtually no time to commit to Mr. Paul's case until the conclusion of that trial, which is well beyond the current briefing schedule set by this Court.

3. Mr. O'Brien has recently accepted a full-time position as associate professor at UMKC School of Law, but wishes to continue his representation of Mr. Paul. In addition to his teaching responsibilities, Mr. O'Brien has impending deadlines in *Helmig v. Kemna*, 8th Cir. Nos. 05-3963 and 05-4013 (Habeas corpus case challenging conviction of first degree murder and sentence of life without parole; petition for writ of certiorari due February 22, 2007), and *Harlow v. Murphy*, D. Wyo. No. 05-CV-039B (Habeas corpus case challenging Wyoming state conviction of first degree murder and sentence of death; post hearing brief and proposed findings of fact and conclusions of law due February 27, 2007). These and other professional obligations will make it difficult for Mr. O'Brien to competently represent Mr. Paul without additional time and assistance.

4. Ms. Jennifer Merrigan, associate counsel in Mr. O'Brien's office, is available to assist in the researching and writing of Mr. Paul's brief in this matter. She is a member of the Missouri bar in good standing, bar number 56733, and has been admitted to practice in front of the highest state court in Missouri. Ms.

Merrigan is a 2004 graduate of UMKC School of Law with substantial training in the representation of persons under sentence of death. She has been admitted to practice *pro hac vice* as co-counsel with Mr. O'Brien in the capital case of *Harlow v. Murphy*, No. 05-CV-039B, in the United States District Court for the District of Wyoming, and she has assisted in the researching and drafting of briefs in appellate proceedings before this and other courts.

5. In spite of Mr. McGlasson's present unavailability, it is his desire, as well as that of Mr. Paul and Mr. O'Brien, that he remain counsel of record so that he may resume an active role in Mr. Paul's representation at the conclusion of Mr. Nichols' trial.

WHEREFORE, for the foregoing reasons, counsel for Mr. Paul move for the authorization of reasonable attorney fees for Ms. Jennifer Merrigan, at the rate of $165 per hour, to assist in the representation of Mr. Paul until Mr. McGlasson becomes available, and to grant such further relief as the Court deems appropriate.

Respectfully submitted,

SEAN D. O'BRIEN, MoBar #30116
Attorney at Law
305 East 63rd Street
Kansas City, MO 64113
826-363-2795 ● Fax 816-363-2799
E-mail: sobrien@pilc.net

ROBERT L. MCGLASSON
Georgia Bar No. 492638
Attorney at law
1024 Clairemont Ave.
Decatur, GA 30030
404-314-7664 Fax 404-373-9338
E-mail: rlmcglasson@comcast.net

**Attorneys for Appellant**

# CERTIFICATE OF SERVICE

I, Sean O'Brien, do hereby certify that a true and correct copy of the foregoing Motion has been served upon counsel for respondent this 7TH day of February, 2007, by sending a copy of same via U.S. mail to:

Mr. Robert C. Balfe
United States Attorney
Western District of Arkansas

William Cromwell
Assistant U.S. Attorneys
P.O. Box 1524
Fort Smith, AR 72901

Mr. J. Richard Broughton
Attorney, Capital Case Unit
United States Department of Justice
Criminal Division
1331 F. Street, NW
Washington, D.C. 20530
Richard.broughton@usdoj.gov

Sean D. O'Brien