**United States Court of Appeals**
***For The Eighth Circuit***
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
***Clerk of Court***

**VOICE (314) 244-2400**
**FAX (314) 244-2780**
**www.ca8.uscourts.gov**

February 26, 2007

Mr. Sean Dennis O'Brien
Ms. Jennifer Merrigan
PUBLIC INTEREST LITIGATION CLINIC
305 E. 63rd Street
Kansas City, MO 64113-0000

RE: 05-3431 Jeffery William Paul v. United States

Dear Counsel:

Enclosed is a copy of an order entered today in the above case at the direction of the court.

I've also attached a new briefing schedule allowing an additional week to file your brief.

Michael E. Gans
Clerk of Court

jmh

Enclosures

cc: Mr. J. Richard Broughton
Mr. William M. Cromwell
Ms. Margaret P. Griffey
Mr. Christopher R. Johnson
Mr. Robert L. McGlasson
Mr. Jeffery William Paul
Ms. Theresa Sawyer
Mr. Steven N. Snyder

District Court Case Number: 6:96-cr-60022