**UNITED STATES COURT OF APPEALS**
**FOR THE EIGHTH CIRCUIT**

**No: 05-3431**

**Jeffery William Paul,**

**Appellant**

**v.**

**United States of America,**

**Appellee**

---

Appeal from U.S. District Court for the Western District of Arkansas - Hot Springs
(6:96-cr-60022)

---

**ORDER**

Motion of Sean O'Brien for leave to appoint Jennifer Merrigan, as associate counsel to assist in drafting the brief in this case is granted.

February 26, 2007

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.

____________________________________

/s/ Michael E. Gans