**United States Court of Appeals**
***For The Eighth Circuit***
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
***Clerk of Court***

**VOICE (314) 244-2400**
**FAX (314) 244-2780**
**www.ca8.uscourts.gov**

February 26, 2007

Ms. Jennifer A. Merrigan
PUBLIC INTEREST LITIGATION CLINIC
305 E. 63rd Street
Kansas City, MO 64113-0000

RE: 05-3431 Jeffery William Paul v. United States

Dear Counsel:

Enclosed is a CJA Form 30 which provides for your appointment under the provisions of the Criminal Justice Act to represent an appellant in a death penalty matter. If you are receiving this letter by electronic noticing, your CJA Form 30 will be sent by mail. Your duties as counsel are defined by Eighth Circuit Rule 27C and Eighth Circuit's Plan to Expedite Criminal Appeals. Please review these materials which are on the "Rules and Publications" page of our web site.

Counsel in the case must supply the clerk with an Appearance Form. Counsel may download or fill out an Appearance Form on the "Forms" page on our web site at www.ca8.uscourts.gov.

You can also find "Fillable" CJA Forms and instructions for their use on the "Forms" page of our web site. When you are ready to submit your voucher for payment, you may either complete the paper version or fill out the form online. If you choose to complete the form online, please copy the information contained in Items 1-14 from the paper CJA Form 30. You should then fill in the hours and expenses claimed, print out the form, sign it, attach the paper CJA Form 30 we sent you, and submit both forms to the St. Louis office for processing. Vouchers should be submitted after the court issues its mandate at the close of the case.

Please note that this CJA Form 30 covers your work for the appeal and any rehearing which might be filed. Compensation for paralegals, legal assistants and law students should be submitted separately on CJA Form 31. Any work pertaining to the filing of a petition for a writ of certiorari to the Supreme Court must be filed on a separate voucher, which we will provide upon request.

Appointments are personal and cannot be delegated without the court's approval. If you have any questions about your appointment or the CJA voucher process, please contact this office.

The court has established a briefing schedule for the case, a copy of which will be forwarded under separate notice of docket activity. Please review the schedule and note the key filing dates. You should also review Federal Rules of Appellate Procedure 28 and 32, as well as Eighth Circuit Rules 28A and 32A. Useful information about briefing and the record on appeal can be found at these links:

www.ca8.uscourts.gov/newcoa/notes/redactcr-egov.pdf
www.ca8.uscourts.gov/newcoa/forms/crbrchk.pdf
www.ca8.uscourts.gov/newcoa/forms/crrecord.pdf

If a transcript will be required for the appeal, you should immediately contact the official court reporter and complete CJA Form 24. The form is available as part of the CJA Forms referenced above.

The court has directed the clerk's office to monitor and enforce compliance with the briefing schedule. Failure to meet the briefing deadlines will result in the issuance of an order to show cause and may lead to dismissal of the appeal, as well as the initiation of disciplinary proceedings. Requests for extensions of time must be filed on a timely basis and should establish good cause. Overlength briefs are strongly discouraged. Permission to file an overlength brief must be sought 7 days in advance of the due date. See Eighth Circuit Rule 28A(h).

If you have any questions about the schedule or procedures for the case, please contact our office.

Michael E. Gans
Clerk of Court

jmh

Enclosure

cc: Mr. J. Richard Broughton
Mr. William M. Cromwell
Ms. Margaret P. Griffey
Mr. Christopher R. Johnson
Mr. Robert L. McGlasson
Mr. Sean Dennis O'Brien
Mr. Jeffery William Paul
Ms. Theresa Sawyer
Mr. Steven N. Snyder

District Court Case Number: 6:96-cr-60022

**Caption For Case Number: 05-3431**

**JEFFERY WILLIAM PAUL**

**Petitioner - Appellant**

**v.**

**UNITED STATES OF AMERICA**

**Respondent - Appellee**

**Addresses For Case Participants: 05-3431**

Ms. Jennifer A. Merrigan
PUBLIC INTEREST LITIGATION CLINIC
305 E. 63rd Street
Kansas City, MO 64113-0000

Mr. J. Richard Broughton
U.S. DEPARTMENT OF JUSTICE
Capital Case Unit
1331 F Street, N.W.
Washington, DC 20530-0000

Mr. William M. Cromwell
U.S. ATTORNEY'S OFFICE
P.O. Box 1524
Fort Smith, AR 72902-0000

Ms. Margaret P. Griffey
U.S. DEPARTMENT OF JUSTICE
Capital Case Unit
Room 6131
601 D. Street, N.W.
Washington, DC 20530-0000

Mr. Christopher R. Johnson
U.S. DISTRICT COURT - Western Arkansas
Clerk's Office
P.O. Drawer I
Room 347
Hot Springs, AR 71902-0000

Mr. Robert L. McGlasson
1024 Clairemont Avenue
Decatur, GA 30030-0000

Mr. Sean Dennis O'Brien
PUBLIC INTEREST LITIGATION CLINIC
305 E. 63rd Street
Kansas City, MO 64113-0000

Mr. Jeffery William Paul
U.S. PENITENTIARY
P.O. Box 12015
Terre Haute, IN 47808-0000

Ms. Theresa Sawyer
P.O. Box 3487
Fayetteville, AR 72702-3487

Mr. Steven N. Snyder
U.S. ATTORNEY'S OFFICE

P.O. Box 1524
Fort Smith, AR 72902-0000