# United States Court of Appeals
***For The Eighth Circuit***

Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
***Clerk of Court***

**VOICE (314) 244-2400**
**FAX (314) 244-2780**
**www.ca8.uscourts.gov**


February 27, 2007

All counsel and interested parties

RE: 05-3431 Jeffery William Paul v. United States

Forwarded herewith is a copy of the corrected briefing schedule prepared in this appeal. The schedule prepared on February 26, incorrectly set the different due dates for the filing of the appendix and appellant's brief. Please disregard that schedule.

Michael E. Gans
Clerk of Court

jmh

Enclosure

cc: Mr. J. Richard Broughton
Mr. William M. Cromwell
Ms. Margaret P. Griffey
Mr. Robert L. McGlasson
Ms. Jennifer A. Merrigan
Mr. Sean Dennis O'Brien
Mr. Jeffery William Paul
Ms. Theresa Sawyer
Mr. Steven N. Snyder
Mr. Christopher R. Johnson

District Court Case Number: 6:96-cr-60022