# United States Court of Appeals
## *For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
***Clerk of Court***

**VOICE (314) 244-2400**
**FAX (314) 244-2780**
**www.ca8.uscourts.gov**


March 16, 2007

Ms. Jennifer A. Merrigan
PUBLIC INTEREST LITIGATION CLINIC
305 E. 63rd Street
Kansas City, MO 64113-0000

RE: 05-3431 Jeffery William Paul v. United States

Dear Counsel:

Enclosed is a copy of an order entered today in the above case.

Pursuant to the court's stated goal of processing all appeals promptly, parties and their counsel are expected to comply with the briefing deadlines established in this order. See Federal Rule of Appellate Procedure 26.

Michael E. Gans
Clerk of Court

lmt

Enclosure(s)

cc: Mr. J. Richard Broughton
Mr. William M. Cromwell
Ms. Margaret P. Griffey
Mr. Robert L. McGlasson
Mr. Sean Dennis O'Brien
Mr. Jeffery William Paul
Mr. Steven N. Snyder

District Court/Agency Case Number(s): 6:96-cr-60022