# United States Court of Appeals
***For The Eighth Circuit***
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
***Clerk of Court***

**VOICE (314) 244-2400**
**FAX (314) 244-2780**
**www.ca8.uscourts.gov**


April 25, 2007

Mr. J. Richard Broughton
U.S. DEPARTMENT OF JUSTICE
Capital Case Unit
1331 F Street, N.W.
Washington, DC 20530-0000

Mr. William M. Cromwell
U.S. ATTORNEY'S OFFICE
P.O. Box 1524
Fort Smith, AR 72902-0000

Mr. Sean Dennis O'Brien
PUBLIC INTEREST LITIGATION CLINIC
305 E. 63rd Street
Kansas City, MO 64113-0000

Mr. Steven N. Snyder
U.S. ATTORNEY'S OFFICE
P.O. Box 1524
Fort Smith, AR 72902-0000

RE: 05-3431 Jeffery William Paul v. United States

Dear Counsel:

A notice of docket activity and related documents were recently sent to you electronically. Please disregard these pleadings. They were inadvertently filed in the wrong case number. I apologize for any confusion this may have caused you.

Sincerely,

Lisa M. Tobias
Deputy Clerk