**United States Court of Appeals**
***For The Eighth Circuit***
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
***Clerk of Court***

**VOICE (314) 244-2400**
**FAX (314) 244-2780**
**www.ca8.uscourts.gov**

June 08, 2007

Mr. Robert L. McGlasson
1024 Clairemont Avenue
Decatur, GA 30030-0000

Ms. Jennifer A. Merrigan
PUBLIC INTEREST LITIGATION CLINIC
305 E. 63rd Street
Kansas City, MO 64113-0000

RE: 05-3431 Jeffery William Paul v. United States

Dear Counsel:

Enclosed is a copy of an order entered today in the above case at the direction of the court.

Michael E. Gans
Clerk of Court

lmt

Enclosure(s)

cc: Mr. J. Richard Broughton
Mr. William M. Cromwell
Ms. Margaret P. Griffey
Mr. Sean O'Brien
Mr. Jeffery William Paul
Mr. Steven Northup Snyder Sr.

District Court/Agency Case Number(s): 6:96-cr-60022