**UNITED STATES COURT OF APPEALS**
**FOR THE EIGHTH CIRCUIT**

**No: 05-3431**

**Jeffery William Paul,**

**Appellant**

**v.**

**United States of America,**

**Appellee**

---

Appeal from U.S. District Court for the Western District of Arkansas - Hot Springs
(6:96-cr-60022)

---

**ORDER**

Appellant's motion for permission to file an overlength brief has been considered by the Court and is denied. Appellant is granted to June 25, 2007 to file a brief which complies with Fed. R. App. P. 32(a)(7).

June 08, 2007

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.

______________________________
/s/ Michael E. Gans