CJA 31 DEATH PENALTY PROCEEDINGS: EX PARTE REQUEST FOR AUTHORIZATION AND VOUCHER EXPERT AND OTHER SERVICES (Rev. 5/99)

VOUCHER NUMBER 05-3431-31

1. CIR./DIST./ DIV. CODE: ARW

2. PERSON REPRESENTED: Paul, Jeffrey William

3. MAG. DKT./DEF. NUMBER:

4. DIST. DKT./DEF. NUMBER: 6:96-060022-001

5. APPEALS DKT./DEF. NUMBER: 05-3431

6. OTHER DKT. NUMBER:

7. IN CASE/MATTER OF (*Case Name*): U.S. v. Paul

8. TYPE PERSON REPRESENTED: X Adult Defendant ☐ Appellant ☐ Other ☐ Habeas Petitioner ☐ Appellee

9. REPRESENTATION TYPE: X D1 28 U.S.C. § 2254 Habeas ☐ D2 Federal Capital Prosecution ☐ D3 28 U.S.C. § 2255 (Capital) ☐ D4 Other (Specify)

10. OFFENSE(S) CHARGED (Cite U.S. Code, Title & Section) *If more than one offense, list (up to five) major offenses charged, according to severity of offense.*

1) 18 1111.F. - MURDER, FIRST DEGREE

## REQUEST AND AUTHORIZATION FOR EXPERT SERVICES

11. ATTORNEY'S STATEMENT

As the attorney for the person represented, who is named above, I hereby affirm that the services requested are necessary for adequate representation. I hereby request:

☐ Authorization to obtain the service. Estimated Compensation and $ __________ OR

☐ Approval of services already obtained to be paid for by the United States pursuant to the Criminal Justice Act. *(See Instructions)*

Signature of X [signature] Date 10-17-06

X Panel Attorney ☐ Retained Attorney ☐ Pro-Se ☐ Legal Organization

ATTORNEY'S NAME (*First Name, M.I., Last Name, including any suffix*), AND MAILING ADDRESS

Sean D. O'Brien
305 East 63rd Street
Kansas City, MO 64113

Telephone 816-363-2795

12. DESCRIPTION OF AND JUSTIFICATION FOR SERVICES *(See Instructions)*

Psychiatric examination

13. TYPE OF SERVICE PROVIDER

- 01 ☐ Investigator
- 02 ☐ Interpreter/Translator
- 03 ☐ Psychologist
- 04 X Psychiatrist
- 05 ☐ Polygraph
- 06 ☐ Documents Examiner
- 07 ☐ Fingerprint Analyst
- 08 ☐ Accountant
- 09 ☐ CALR (Westlaw/Lexis, etc.)
- 10 ☐ Chemist/Toxicologist
- 11 ☐ Ballistics
- 13 ☐ Weapons/Firearms/Explosive Expert
- 14 ☐ Pathologist/Medical Examiner
- 15 ☐ Other Medical
- 16 ☐ Voice/Audio Analyst
- 17 ☐ Hair/Fiber Expert
- 18 ☐ Computer (Hardware/Software/Systems)
- 19 ☐ Paralegal Services
- 20 ☐ Legal Analyst/Consultant
- 21 ☐ Jury Consultant
- 22 ☐ Mitigation Specialist
- 23 ☐ Duplication Services *(See Instructions)*
- 24 ☐ Other *(Specify)*

14. COURT ORDER

Financial eligibility of the person represented having been established to the Court's satisfaction, the authorization requested in Item 11 is hereby granted.

Signature of Presiding Judicial Officer or By Order of the Court

Date of Order Nunc Pro Tunc Date

Repayment or partial repayment ordered from the person represented for this service at time of authorization. ☐ YES ☐ NO

15. STAGE OF PROCEEDING

Check the box which corresponds to the stage of the proceeding during which the work claimed at Item 16 was performed even if the work is intended to be used in connection with a later stage of the proceeding. CHECK NO MORE THAN ONE BOX. Submit a separate voucher for each stage of the proceeding.

CAPITAL PROSECUTION
- a. ☐ Pre-Trial
- b. ☐ Trial
- c. ☐ Sentencing
- d. ☐ Other Post Trial
- e. ☐ Appeal
- f. ☐ Petition for the U.S. Supreme Court Writ of Certiorari

HABEAS CORPUS
- g. X Habeas Petition
- h. ☐ Evidentiary Hearing
- i. ☐ Dispositive Motions
- j. ☐ Appeal
- k. ☐ Petition for the U.S. Supreme Court Writ of Certiorari

OTHER PROCEEDING
- l. ☐ Stay of Execution
- m. ☐ Appeal of Denial of Stay
- n. ☐ Petition for Writ of Certiorari to the U.S. Supreme Court Regarding Denial of Stay
- o. ☐ Other

## CLAIM FOR SERVICES AND EXPENSES

| 16. SERVICES AND EXPENSES *(Attach itemization of services with dates)* | AMOUNT CLAIMED | FOR COURT USE ONLY: MATH/TECHNICAL ADJUSTED AMOUNT | ADDITIONAL REVIEW |
|---|---|---|---|
| a. Compensation | $14,625.50 | | |
| b. Travel Expenses *(lodging, parking, meals, mileage, etc.)* | | | |
| c. Other Expenses | | | |
| GRAND TOTALS (CLAIMED AND ADJUSTED): | $14,625.50 | | |

17. PAYEE'S NAME (*First Name, M.I., Last Name, including any suffix*), AND MAILING ADDRESS

Seymour L. Halleck, M.D.
~~549 Cedar Club Circle~~
Chapel Hill, N.C. ~~27530~~ 27517

#7/19/07 per O'Brien's office

OK.

TIN: 56-227-0629

Telephone 919-929-8574

CLAIMANT'S CERTIFICATION FOR PERIOD OF SERVICE Feb 26, 2006 TO Jun 6, 2006

CLAIM STATUS ☐ Final Payment Interim Payment Number __________ ☐ Supplemental Payment

I hereby certify that the above claim is for services rendered and is correct, and that I have not sought or received payment (*compensation or anything of value*) from any other source for these services.

Signature of Claimant/Payee X [signature] Date X 9/11/06

18. CERTIFICATION OF ATTORNEY I hereby certify that the services were rendered for this case.

Signature of Attorney X [signature] Date 10-17-06

## APPROVED FOR PAYMENT — COURT USE ONLY

| 19. TOTAL COMPENSATION | 20. TRAVEL EXPENSES | 21. OTHER EXPENSES | 22. TOTAL AMOUNT APPROVED/CERTIFIED |
|---|---|---|---|
| $10,000 | | | $10,000 |

23. ☐ Either the cost *(excluding expenses)* of these services does not exceed $300, or prior authorization was obtained; OR
☐ In the interest of justice the Court finds that timely procurement of these necessary services could not await prior authorization, even though the cost *(excluding expenses)* exceeds $300.

[signature] 10/27/06 -824

Signature of Presiding Judicial Officer — Date — Judge/Mag. Judge Code

| 24. TOTAL COMPENSATION | 25. TRAVEL EXPENSES | 26. OTHER EXPENSES | 27. TOTAL AMOUNT APPROVED |
|---|---|---|---|
| | | | 10,000.00 |

28. FOR REPRESENTATIONS COMMENCED AND APPELLATE PROCEEDINGS IN WHICH AN APPEAL IS PERFECTED ON OR AFTER APRIL 24, 1996,

A. Total compensation and expense payments approved to date (include amounts withheld for interim payments) for investigative, expert and other services for this representation is __________

B. Payment approved (compensation and expenses) in excess of the statutory threshold for investigative, expert and other services under 21 U.S.C. § 848(q)(10)(B).

James B. Loken 7-16-07 -814

Signature of Chief Judge, Court of Appeals (or Delegate) — Date — Judge Code

1st APP: [initials] Initial 7/19/07 Date

2nd APP: [initials] Initial 7-20-07 Date