**IN THE**
**UNITED STATES COURT OF APPEALS**
**FOR THE EIGHTH CIRCUIT**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Appellee,** | ) | |
| | ) | |
| **v.** | ) | **NO. 05-3431** |
| | ) | |
| **JEFFREY WILLIAM PAUL,** | ) | |
| | ) | |
| **Appellant.** | ) | |

## APPELLANT'S MOTION FOR AN EXTENSION OF TIME IN WHICH TO FILE HIS REPLY BRIEF

COMES NOW appellant, by and through counsel, and moves this Court for a fifteen-day extension of time in which to file his reply brief on the following grounds:

1. This is a capital habeas corpus case. This Court issued a briefing schedule providing for Appellant's reply brief to be filed within fourteen days of the service of Appellee's Brief in this matter.

2. Appellee's brief was filed on August 2, and received by counsel for appellant on August 2, making appellant's brief due on or before August 16, 2007.

3. Counsel for appellant is in need of additional time within which to research and draft Mr. Paul's reply brief because this case is factually and legally complex, and involves issues of first impression in this Court. The fact-intensive nature

of Mr. Paul's claims requires counsel to meticulously cite to a voluminous record so that this Court may reach accurate and reliable conclusions in this matter, in which Mr. Paul's life hangs in the balance.

4. Co-counsel Robert McGlasson remains substantially unavailable to assist in the preparation of Mr. Paul's reply brief because of his continued engagement in a four-count capital trial in Atlanta, Georgia, *State v. Nichols*, 05SC29988.

WHEREFORE, for the foregoing reasons, counsel for Mr. Paul respectfully move this Court for an additional fifteen days within which to file his reply brief.

Respectfully submitted,

__/S/ Sean D. O'Brien_________
SEAN D. O'BRIEN, MoBar #30116

______________________________
JENNIFER A. MERRIGAN, #56733
Attorney at Law
305 East 63rd Street
Kansas City, MO 64113
826-363-2795 ! Fax 816-363-2799
E-mail: sobrien@pilc.net

______________________________
ROBERT L. MCGLASSON
Georgia Bar No. 492638
Attorney at law
1024 Clairemont Ave.
Decatur, GA 30030
404-314-7664 Fax 404-373-9338
E-mail: rlmcglasson@comcast.net

**Attorneys for Appellant**

## CERTIFICATE OF SERVICE

I, Sean O'Brien, do hereby certify that on this 10th day of August, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to:

Mr. Robert C. Balfe
United States Attorney
Western District of Arkansas

William Cromwell
Assistant U.S. Attorneys
P.O. Box 1524
Fort Smith, AR 72901

Mr. J. Richard Broughton
Attorney, Capital Case Unit
United States Department of Justice
Criminal Division
1331 F. Street, NW
Washington, D.C. 20530
Richard.broughton@usdoj.gov

______________________________
Sean D. O'Brien