# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

**No: 05-3431**

**Jeffery William Paul,**

**Appellant**

**v.**

**United States of America,**

**Appellee**

---

Appeal from U.S. District Court for the Western District of Arkansas - Hot Springs
(6:96-cr-60022)

---

**ORDER**

Appellant's motion for extension of time to file the reply brief is granted. Appellant may have until August 31, 2007 to file the brief.

August 10, 2007

Order Entered Under Rule 27B(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.

/s/ Michael E. Gans