**IN THE**
**UNITED STATES COURT OF APPEALS**
**FOR THE EIGHTH CIRCUIT**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Appellee,** | ) | |
| | ) | |
| **v.** | ) | **NO. 05-3431** |
| | ) | |
| **JEFFREY WILLIAM PAUL,** | ) | |
| | ) | |
| **Appellant.** | ) | |

# MOTION TO EXTEND THE TIME WITHIN WHICH TO FILE APPELLANT'S REPLY BRIEF

Comes now Appellant, by counsel, Sean D. O'Brien and Jennifer Merrigan, for an additional seven days within which to file Appellant's Reply Brief in this matter. In support of his motion, Appellant states:

1. Appellant's Reply Brief is presently due on or before August 31, 2007.

2. Counsel for Appellant have been diligently working on Mr. Paul's brief, but the current draft exceeds the word limit under this Court's rules.

3. Additional time will enable counsel to file a brief without requesting leave to file a reply brief in excess of 7,000 words.

WHEREFORE, for the foregoing reasons, counsel for Mr. Paul move for an additional week within which to file Appellant's Reply Brief in this Matter, and for such other relief as the Court deems appropriate.

Respectfully submitted,

/s/ Sean D. O' Brien

/s/ Jennifer A. Merrigan

SEAN D. O'BRIEN, MoBar #30116
JENNIFER A. MERRIGAN
305 East 63rd Street
Kansas City, MO 64113
826-363-2795 • Fax 816-363-2799
E-mail: sobrien@pilc.net

/s/ Sean D. O'Brien for

ROBERT L. MCGLASSON
Georgia Bar No. 492638
Attorney at law
1024 Clairemont Ave.
Decatur, GA 30030
404-314-7664 Fax 404-373-9338
E-mail: rlmcglasson@comcast.net

**Attorneys for Appellant**

## CERTIFICATE OF SERVICE

I hereby certify that on August 31, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to:

Mr. Robert C. Balfe
United States Attorney
Western District of Arkansas

William Cromwell
Assistant U.S. Attorneys
P.O. Box 1524
Fort Smith, AR 72901

Mr. J. Richard Broughton
Attorney, Capital Case Unit
United States Department of Justice
Criminal Division
1331 F. Street, NW
Washington, D.C. 20530
Richard.broughton@usdoj.gov

/s/ Sean D. O'Brien
*Counsel for Petitioner*