MER

# EIGHTH CIRCUIT COURT OF APPEALS

## ORAL ARGUMENT RESPONSE FORM

The Clerk's Office has sent you the calendar for an upcoming court session. Counsel who present oral argument to the Court must acknowledge receipt of the calendar by completing this form and electronically filing it in the appropriate case or cases. Please file this form immediately by following these steps:

**1) Complete form on-line; 2) Click 'Print to PDF' Button below (print to PDF printer in printer dropdown) or Save form to your computer; and 3) Log into CM/ECF and docket "Argument Response Form" attaching the completed Oral Argument Response Form.** You MUST have a pdf writer to save the form to your computer. Please review the form before filing it in cm/ecf.

If you have not entered an Appearance in the case, the Clerk's Office will treat the returned Response Form as your Entry of Appearance.

If you have questions or need assistance, please call the Calendar Unit at 314-244-2400.

Counsel should report no later than 30 minutes before court convenes for check-in and final instructions.

A list of hotels for each city is available on the web at *www.ca8.uscourts.gov*/webcal/visit/hotel.htm

December | U.S. Courthouse | St. Louis, Missouri

CASE NUMBER(S): 05-3431

CASE TITLE: Jeffery William Paul v. United States

ATTORNEY PRESENTING ARGUMENT: Sean D. O'Brien

on behalf of the: Appellant | Jeffery Paul

Please type party name

ARGUING ATTORNEY ADDRESS:

Office

Address 1 305 East 63rd Street

Address 2

City,State,Zip Kansas City, MO 64113

RECEIVED

NOV 1 9 2007

U.S. COURT OF APPEALS EIGHTH CIRCUIT

PHONE: 816-363-2795

E-MAIL sobrien@pilc.net

Print to PDF