**United States Court of Appeals**
***For The Eighth Circuit***
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
***Clerk of Court***

**VOICE (314) 244-2400**
**FAX (314) 244-2780**
**www.ca8.uscourts.gov**

July 22, 2008

West Publishing
Opinions Clerk
610 Opperman Drive
Building D D4-40
Eagan, MN 55123-0000

RE: 05-3431 Jeffery William Paul v. United States

Dear Sirs:

A published opinion was filed today in the above case.

Counsel who presented argument on behalf of the appellant was Sean O'Brien, of Kansas City, MO. Jennifer A. Merrigan of Kansas City appeared on the brief. Robert L. McGlasson of Decatur, GA also appeared on the brief.

Counsel who presented argument on behalf of the appellee was Richard Broughton, Dept. of Justice, of Washington, DC. Steven N. Snyder, AUSA, and William M. Cromwell, AUSA, both of Fort Smith, AR appeared on the brief.

The judge who heard the case in the district court was Honorable Jimm Larry Hendren. The judgment of the district court was entered on June 27, 2005.

If you have any questions concerning this case, please call this office.

Michael E. Gans
Clerk of Court

PAW

Enclosure(s)

cc: Lois Law
MO Lawyers Weekly

District Court/Agency Case Number(s): 6:96-cr-60022