Appellate Case: 05-3431 Page: 1 Date Filed: 07/23/2008 Entry ID: 3454629

**UNITED STATES COURT OF APPEALS**
**FOR THE EIGHTH CIRCUIT**

| | | |
|---|---|---|
| **JEFFERY WILLIAM PAUL,** | ) | |
| | ) | |
| **Appellant,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 05-3431** |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Appellee.** | ) | |

## MOTION TO AUTHORIZE TRAVEL EXPENSES TO VISIT CLIENT

Comes now Appellant, and moves this Court, to authorize funds for counsel to travel to Terre Haute, Indiana, to visit Mr. Paul at the U.S. Penitentiary. In support of this Motion, counsel states:

1. This Court on July 22, 2008, filed its opinion affirming the order of the district court denying habeas corpus relief to Mr. Paul, who is incarcerated in the U.S. Penitentiary in Terre Haute, Indiana, under a sentence of death for a homicide that occurred when Mr. Paul was eighteen years old. Mr. Paul's motion for rehearing is presently due on or before August 5, 2008.

2. Many issues in this case turn on Mr. Paul's past and present mental stability. It is important that counsel meet with Mr. Paul in person and attempt to explain the implications of this Court's judgment and future legal proceedings in this matter.

3. Expenses will consist of air fare from Kansas City to Indianapolis, car rental for travel between Indianapolis and Terre Haute and related fuel expenses, one night's lodging in Terre Haute, and meals.

4. Mr. Bruce Ryherd, Mr. Paul's caseworker, advises that the prison can accommodate counsel's visit on Wednesday, July 30, 2008.

WHEREFORE, for the foregoing reasons, counsel for Mr. Paul respectfully move this Court to authorize expenses for counsel to visit in person with Mr. Paul, and to grant such other relief at the Court deems appropriate.

Respectfully submitted,

/s/ Sean D. O'Brien

/s/ Jennifer A. Merrigan

SEAN D. O'BRIEN, MoBar #30116
JENNIFER A. MERRIGAN
305 East 63rd Street
Kansas City, MO 64113
826-363-2795 • Fax 816-363-2799
E-mail: sobrien@pilc.net

/s/ Sean D. O'Brien for

ROBERT L. MCGLASSON
Georgia Bar No. 492638
Attorney at law
1024 Clairemont Ave.
Decatur, GA 30030
404-314-7664 Fax 404-373-9338
E-mail: rlmcglasson@comcast.net
**Attorneys for Appellant**



Appellate Case: 05-3431 Page: 2 Date Filed: 07/23/2008 Entry ID: 3454629

## CERTIFICATE OF SERVICE

I hereby certify that on July 23, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to:

Mr. Robert C. Balfe
United States Attorney
Western District of Arkansas

William Cromwell
Assistant U.S. Attorneys
P.O. Box 1524
Fort Smith, AR 72901

Mr. J. Richard Broughton
Ms. Margaret Griffey
Attorney, Capital Case Unit
United States Department of Justice
Criminal Division
1331 F. Street, NW
Washington, D.C. 20530
Richard.broughton@usdoj.gov
Margaret.griffey@usdoj.gov

/s/ Sean D. O'Brien
*Counsel for Petitioner*



Appellate Case: 05-3431 Page: 3 Date Filed: 07/23/2008 Entry ID: 3454629