Appellate Case: 05-3431 Page: 1 Date Filed: 07/24/2008 Entry ID: 3454717

UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

| | | |
|---|---|---|
| **JEFFERY WILLIAM PAUL,** | ) | |
| | ) | |
| **Appellant,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 05-3431** |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Appellee.** | ) | |

**MOTION FOR EXTENSION OF TIME WITHIN WHICH TO FILE A MOTION FOR REHEARING OR REHEARING EN BANC**

Comes now Appellant, and moves this Court, pursuant to Rule 8015A(e), for an additional ten days within which to file a motion for rehearing or rehearing en banc in the above-referenced case. For his motion, Appellee states:

1. This Court on July 22, 2008, filed its opinion affirming the order of the district court denying habeas corpus relief to Mr. Paul, who is incarcerated in the U.S. Penitentiary in Terre Haute, Indiana, under a sentence of death for a homicide that occurred when Mr. Paul was eighteen years old. Mr. Paul's motion for rehearing is therefore due on or before August 5, 2008.

2. Because that case involves important issues of first impression in this Circuit, counsel will need substantial time to research and prepare Mr. Paul's motion for rehearing or rehearing en banc. Further, because co-counsel Robert L. McGlasson

is engaged in a lengthy capital jury trial in Atlanta, Georgia, he will be unable to assist with the researching and writing of Mr. Paul's Motion.

4. Mr. Richard Broughton, counsel for the Government in this matter, has advised that the Government has no objection to this request.

WHEREFORE, for the foregoing reasons, counsel for Mr. Paul respectfully move this Court for an additional fourteen days, until August 19, 2008, within which to file his motion for rehearing or for rehearing *en banc*.

Respectfully submitted,

/s/ Sean D. O'Brien

/s/ Jennifer A. Merrigan

SEAN D. O'BRIEN, MoBar #30116
JENNIFER A. MERRIGAN
305 East 63rd Street
Kansas City, MO 64113
826-363-2795 ● Fax 816-363-2799
E-mail: sobrien@pilc.net

/s/ Sean D. O'Brien for

ROBERT L. MCGLASSON
Georgia Bar No. 492638
Attorney at law
1024 Clairemont Ave.
Decatur, GA 30030
404-314-7664 Fax 404-373-9338
E-mail: rlmcglasson@comcast.net

**Attorneys for Appellant**



Appellate Case: 05-3431 Page: 2 Date Filed: 07/24/2008 Entry ID: 3454717

## CERTIFICATE OF SERVICE

I hereby certify that on July 24, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to:

Mr. Robert C. Balfe
United States Attorney
Western District of Arkansas

William Cromwell
Assistant U.S. Attorneys
P.O. Box 1524
Fort Smith, AR 72901

Mr. J. Richard Broughton
Ms. Margaret Griffey
Attorney, Capital Case Unit
United States Department of Justice
Criminal Division
1331 F. Street, NW
Washington, D.C. 20530
Richard.broughton@usdoj.gov
Margaret.griffey@usdoj.gov

/s/ Sean D. O'Brien
*Counsel for Petitioner*



Appellate Case: 05-3431 Page: 3 Date Filed: 07/24/2008 Entry ID: 3454717