**UNITED STATES COURT OF APPEALS**
**FOR THE EIGHTH CIRCUIT**

No: 05-3431

Jeffery William Paul,

Appellant

v.

United States of America,

Appellee

---

Appeal from U.S. District Court for the Western District of Arkansas - Hot Springs
(6:96-cr-60022)

---

**ORDER**

The motion to authorize travel expenses, filed by counsel for appellant, is granted.

July 25, 2008

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.

/s/ Michael E. Gans