# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 05-3431

Jeffery William Paul,

Appellant

v.

United States of America,

Appellee

---

Appeal from U.S. District Court for the Western District of Arkansas - Hot Springs
(6:96-cr-60022)

---

**ORDER**

The petition for rehearing en banc is denied. The petition for rehearing by the panel is also denied. Judge Shepherd did not participate in the consideration or decision of this matter.

October 22, 2008

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.

/s/ Michael E. Gans