**UNITED STATES COURT OF APPEALS**
**FOR THE EIGHTH CIRCUIT**

No: 05-3431

Jeffery William Paul,

Appellant

v.

United States of America,

Appellee

---

Appeal from U.S. District Court for the Western District of Arkansas - Hot Springs
(6:96-cr-60022)

---

**ORDER**

Attorney Jennifer Merrigan's request for authorization for expenses to travel to Terre Haute, Indiana, on February 16-17, 2009, has been considered by the court, and it is denied as not reasonably necessary to the preparation and filing of a petition for writ of certiorari. The court observes that counsel was authorized previously to travel to Terre Haute after the opinion of the court was filed in this case, and that the petition for writ of certiorari is due to be filed three days after the proposed travel.

February 12, 2009

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.

/s/ Michael E. Gans