CJA 30 DEATH PENALTY PROCEEDINGS: APPOINTMENT OF AND AUTHORITY TO PAY COURT APPOINTED COUNSEL

| | | | |
|---|---|---|---|
| 1. CIR./DIST./DIV. CODE<br>08C | 2. PERSON REPRESENTED<br>Paul, Jeffery William | | VOUCHER NUMBER<br>SUPL 05343107 |
| 3. MAG. DKT./DEF. NUMBER | 4. DIST. DKT./DEF. NUMBER | 5. APPEALS DKT./DEF. NUMBER<br>X:05-003431-001 | 6. OTHER DKT. NUMBER |
| 7. IN CASE/MATTER OF (Case Name)<br>Paul v. United States | 8. TYPE PERSON REPRESENTED<br>Appellant | 9. REPRESENTATION TYPE<br>Capital Habeas Corpus | |

10. OFFENSE(S) CHARGED (Cite U.S. Code, Title & Section) If more than one offense, list (up to five) major offenses charged, according to severity of offense.

11. ATTORNEY'S NAME (First Name, M.I., Last Name, including any suffix) AND MAILING ADDRESS

OBrien, Sean D.
Suite C
6155 Oak Street
KANSAS CITY MO 64113

Telephone Number: (816) 363-2795

13. NAME AND MAILING ADDRESS OF LAW FIRM (only provide per instructions)

PUBLIC INTEREST LITIGATION CLINIC
Suite C
6155 Oak Street
KANSAS CITY MO 64113

12. COURT ORDER

- [X] O Appointing Counsel
- [ ] F Subs For Federal Defender
- [ ] P Subs For Panel Attorney
- [ ] C Co-Counsel
- [ ] R Subs For Retained Attorney
- [ ] Y Standby Counsel

Prior Attorney's Name: ______

Appointment Date: ______

(A) Because the above-named person represented has testified under oath or has otherwise satisfied this court that he or she (1) is financially unable to employ counsel and (2) does not wish to waive counsel, and because the interests of justice so require, the attorney whose name appears in Item 11, who has been determined to possess the specific qualifications required by law, is appointed to represent this person in this case.

(B) The attorney named in Item 11 is appointed to serve as: [ ] LEAD COUNSEL [ ] CO-COUNSEL

Name of Co-Counsel or Lead Counsel: ______

Appointment Date: ______

(C) If you represented the defendant or petitioner in any prior proceeding related to this matter, attach to your initial claim a listing of those proceedings and describe your role in each (e.g., lead counsel or co-counsel).

[ ] (D) Due to the expected length of this case, and the anticipated hardship on counsel in undertaking representation full-time for such a period without compensation, interim payments of compensation and expenses are approved pursuant to the attached order.

Signature of Presiding Judicial Officer or By Order of the Court

~~08/24/2005~~ 6/2/09 — Date of Order

8/24/05 — Nunc Pro Tunc Date

(E) Repayment or partial repayment ordered from the person represented for this service at time of appointment. [ ] YES [ ] NO

CLAIM FOR SERVICES AND EXPENSES

14. STAGE OF PROCEEDING

Check the box which corresponds to the stage of the proceeding during which the work claimed at Item 15 was performed even if the work is intended to be used in connection with a later stage of the proceeding. CHECK NO MORE THAN ONE BOX. **Submit a separate voucher for each stage of the proceeding.**

CAPITAL PROSECUTION

- a. [ ] Pre-Trial
- b. [ ] Trial
- c. [ ] Sentencing
- d. [ ] Other Post Trial
- e. [ ] Appeal
- f. [ ] Petition for the U.S. Supreme Court Writ of Certiorari

HABEAS CORPUS

- g. [ ] Habeas Petition
- h. [ ] Evidentiary Hearing
- i. [ ] Dispositive Motions
- j. [ ] Appeal
- k. [ ] Petition for the U.S. Supreme Court Writ of Certiorari

OTHER PROCEEDING

- l. [ ] Stay of Execution
- m. [ ] Appeal of Denial of Stay
- n. [ ] Petition for Writ of Certiorari to the U.S. Supreme Court Regarding Denial of Stay
- o. [ ] Other

HOURS AND COMPENSATION CLAIMED / FOR COURT USE ONLY

| 15. CATEGORIES (Attach itemization of services with dates) | HOURS CLAIMED | TOTAL AMOUNT CLAIMED | MATH/TECH ADJUSTED HOURS | MATH/TECH ADJUSTED AMOUNT | ADDITIONAL REVIEW |
|---|---|---|---|---|---|
| a. In-Court Hearings (Rate per Hour = $ ) | | | | IN COURT TOTAL (Category a) | IN COURT TOTAL (Category a) |
| b. Interviews and Conferences with Client | | | | | |
| c. Witness Interviews | | | | | |
| d. Consultation with Investigators and Experts | | | | | |
| e. Obtaining and Reviewing the Court Record | | | | OUT OF COURT TOTAL (Categories b - j) | OUT OF COURT TOTAL (Categories b - j) |
| f. Obtaining and Reviewing Documents and Evidence | | | | | |
| g. Consulting with Expert Counsel | | | | | |
| h. Legal Reserach and Writing | | | | | |
| i. Travel | | | | | |
| j. Other (Specify on additional sheets) | | | | | |
| Totals: Categories b thru j (Rate per hour = $ ) | | | | | |

CLAIM FOR TRAVEL AND EXPENSES (Attach itemization of expenses with dates)

| | | | | |
|---|---|---|---|---|
| 16. Travel Expenses (lodging, parking, meals, mileage, etc.) | | | | |
| 17. Other Expenses (other than expert, transcripts, etc.) | | | | |

GRAND TOTALS (CLAIMED AND ADJUSTED):

| | | |
|---|---|---|
| 18. CERTIFICATION OF ATTORNEY/PAYEE FOR THE PERIOD OF SERVICE<br>FROM ______ TO ______ | 19. APPOINTMENT TERMINATION DATE IF OTHER THAN CASE COMPLETION | 20. CASE DISPOSITION |

21. CLAIM STATUS [ ] Final Payment [ ] Interim Payment Number ______ [ ] Supplemental Payment

Have you previously applied to the court for compensation and/or reimbursement for this case? [ ] YES [ ] NO If yes, were you paid? [ ] YES [ ] NO

Other than from the court, have you, or to your knowledge has anyone else, received payment (compensation or anything or value) from any other source in connection with this representation? [ ] YES [ ] NO If yes, give details on additional sheets.

I swear or affirm the truth or correctness of the above statements.

Signature of Attorney: ______ Date: ______

APPROVED FOR PAYMENT - COURT USE ONLY

| 22. IN COURT COMP. | 23. OUT OF COURT COMP. | 24. TRAVEL EXPENSES | 25. OTHER EXPENSES | 26. TOTAL AMT.APPROVED |
|---|---|---|---|---|
| 27. SIGNATURE OF THE PRESIDING JUDICIAL OFFICER | | | DATE | 27a. JUDGE CODE |