Motion of Discovery,
Michael E Gans or/ Clerk, 8th Circuit,
Please confirm in writing the Constitution of the United States of America, and D.C. V Heller. Cite in 2009 Almanac. 2nd Amendment Validation.

Thank You,
J. Paul
10517021
418 cell
SCU. USP. Terre Haute In.
47808.

RECEIVED

SEP 30 2009

U.S. COURT OF APPEALS
EIGHTH CIRCUIT