Jeffery Paul 10517-042
P.O. Box 33
U.S.P.
Terre Haute, Indiana
47808.




United States Court of appeals
for the Eighth Circuit
Office of the Clerk
St. louis, MO.
63102

Legal Mail ☆ Privilege and Sealed ☆