**United States Court of Appeals**
***For the Eighth Circuit***
**Thomas F. Eagleton U.S. Courthouse**
**111 South 10th Street, Room 24.329**
**St. Louis, Missouri 63102**

**Michael E. Gans**
***Clerk of Court***

**VOICE (314) 244-2400**
**FAX (314) 244-2780**
**www.ca8.uscourts.gov**

October 2, 2009

Jeffrey Paul #10517042
Federal Correctional Institution
P. O. Box 33
Terre Haute, IN 47808

Dear Mr. Paul:

We have received your "motion for discovery." No further action will be taken with this request.

Sincerely,

Robin J. Weinberger
Chief Deputy Clerk