April 16, 2010

**CJA Form Letter Check List**

Case Number/Title: 05-3431 Jeffery William Paul v. United States

PANEL:

SUBMISSION DATE:

AUTHOR:

CASE TYPE: **Prisoner, fed**

OPINION:

MANDATE ISSUED: **10/31/2008**

JUDGMENT: **07/22/2008**

ATTORNEY NAME: **Sean O'Brien**

CITY & STATE:

LETTER TYPE:

| | | | |
|---|---|---|---|
| NORMAPP.LTR | ______ | NTAUNRAP.LTR | ______ |
| EXAPP.LTR | ______ | NTAUEXAP.LTR | ______ |
| NOAGNRAP.LTR | ______ | DEATHPEN.LTR | ______ |
| NOAGEXAP.LTR | ______ | INTERIM.LTR | ______ |
| | | TRAVEXP.LTR | ______ |

VOUCHER # __________

COMPENSATION __________

EXPENSES __________

TOTAL __________

ATTACHMENTS:

| | | | |
|---|---|---|---|
| J-STMNT | ______ | OOC MEMO | _______ |
| EXP. ITEM | ______ | RECPTS. | _______ |

STAT. LIMIT __________

NOTES: