April 16, 2010

**CJA Form Letter Check List**

| | | | |
|---|---|---|---|
| Case Number/Title: | 05-3431 Jeffery William Paul v. United States | | |
| PANEL: | | | |
| SUBMISSION DATE: | | | |
| AUTHOR: | | | |
| CASE TYPE: | **Prisoner, fed** | | |
| OPINION: | | | |
| MANDATE ISSUED: | **10/31/2008** | | |
| JUDGMENT: | **07/22/2008** | | |
| ATTORNEY NAME: | **Jennifer A. Merrigan** | | |
| CITY & STATE: | **Kansas City, MO.** | | |
| LETTER TYPE: | NORMAPP.LTR ______ | NTAUNRAP.LTR ______ | |
| | EXAPP.LTR ______ | NTAUEXAP.LTR ______ | |
| | NOAGNRAP.LTR ______ | DEATHPEN.LTR ______ | |
| | NOAGEXAP.LTR ______ | INTERIM.LTR ______ | |
| | | TRAVEXP.LTR ______ | |

VOUCHER # __________

COMPENSATION __________

EXPENSES __________

TOTAL __________

ATTACHMENTS: J-STMNT ______ OOC MEMO _______

EXP. ITEM ______ RECPTS. _______

STAT. LIMIT __________

NOTES: