UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

| | | |
|---|---|---|
| JEFFERY PAUL, Movant, | ) | |
| vs. | ) | No. 05-3431 |
| UNITED STATES OF AMERICA, Respondent. | ) | |

**Petitioner's Motion for Appointment of the**

**Capital Habeas Corpus Unit of the Federal Public Defender of Delaware**

Petitioner, Jeffery Paul, through current counsel (Jennifer Merrigan and Sean O'Brien) moves for the continued appointment of the Capital Habeas Corpus Unit of the Federal Public Defender of Delaware. In support of this motion, Mr. Paul states the following:

1. On June 23, 1997, in the United States District Court for the Western District of Arkansas, Jeffrey Paul was convicted of killing a man in Hot Springs National Park. His co-defendant, the admitted shooter, was sentenced to life in a separate trial. On June 25, 1997, Paul was sentenced to death. On August 30, 2000, the United States Court of Appeals for the Eighth Circuit affirmed Mr. Paul's conviction and death sentence. *United States v. Paul,* 217 F.3d 989 (8th Cir. 2000). A Petition for a Writ of Certiorari was denied on October 1, 2001. *Paul v. United States*, 534 U.S. 829 (2001). A motion to rehear the denial of certiorari was denied on February 19, 2002. *Paul v. United States,* 534 U.S. 1156 (2002). Mr. Paul filed a 28 U.S.C. § 2255 motion on December 17, 2002. The district court denied the motion on January 31, 2005 in an unpublished order. The district court denied Paul's Rule 59(e) motion to alter and amend the judgment on June 27, 2005. The U.S. Court of Appeals for the Eighth Circuit


Appellate Case: 05-3431 Page: 1 Date Filed: 04/22/2013 Entry ID: 4027878

granted a certificate of appealability, but then denied relief. *Paul v. United States*, 534 U.S. 832 (8th Cir. 2008). Mr. Paul petitioned the United States Supreme Court for certiorari on February 20, 2009. The United States Supreme Court denied his petition, October 5, 2009.

2. Mr. Paul is currently represented by undersigned counsel (O'Brien and Merrigan), each of whom was appointed by this Court. Ms. Merrigan was appointed pursuant to the Criminal Justice Act. In January, 2013, Ms. Merrigan joined the staff of the Capital Habeas Corpus Unit of the Federal Defender Of Delaware (hereafter Delaware CHU). This motion seeks the appointment of the Delaware CHU, in order to enable Ms. Merrigan to continue her representation of Mr. Paul, at no cost to the Court. In addition to enabling Ms. Merrigan to remain on the case, appointment of the Delaware CHU will enable the CHU to provide specialized expertise and resources to assist in the representation of Mr. Paul, at no additional cost to the Court.

3. The Delaware CHU has been appointed to represent two §2255 petitioners outside its home district, including one in which this Court appointed it to United States v. Lee, No. 11-1380, on April 21, 2011.

4. Ms. Merrigan has represented Mr. Paul since February 2007. She is thoroughly familiar with the record of his trial and appeal, reviewed and digested thousands of pages of records, and with co-counsel, drafted numerous pleadings, including a lengthy and complex 2255 Motion filed in December 2010. She has spent over 1,000 hours on Mr. Paul's case to date. Her continued representation of Mr. Paul as a staff member at the CHU will enable him – and the Court- to have the benefit of her previous work on the case in all further proceedings, at no additional cost to the Court. Therefore, granting this motion is necessary to serve the interest of

the client and this Court in the efficiency and effectiveness of counsel that flows from continuity of representation.

5. Although Mr. O'Brien and Mr. McGlasson remain counsel of record herein, their availability is limited by Mr. O'Brien's status as a full time professor at UMKC Law School and by Mr. McGlasson's recent acceptance of a position with Reprieve, a non-profit human rights organization in London, UK. Most of the work on Mr. Paul's behalf will be performed by counsel for the Delaware CHU.

WHEREFORE, based upon the above and the record of this matter, undersigned current and prospective counsel respectfully request that the Court appoint the Capital Habeas Corpus Unit of the Federal Public Defender of Delaware at no additional cost to the Court.

Respectfully Submitted,

/s/ Sean D. O'Brien
SEAN D. O'BRIEN, MoBar #30116
4920 N. Askew
Kansas City, MO 64119
826-235-6152 ● Fax 816-235-5276
E-mail: obriensd@umkc.edu

/s/ Jennifer Merrigan
JENNIFER MERRIGAN, MO Bar 56733
Asst. Federal Public Defender
Federal Defender Office
District of Delaware
800 North King Street
Wilmington, DE 19801
(jenny_merrigan@fd.og)

Dated: April 22, 2013

## CERTIFICATE OF SERVICE

I hereby certify that on ____April 22, 2013_____, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to the United States Attorney's Office for the Western District of Arkansas and the United States Department of Justice.

/s/ Jennifer Merrigan
Attorney for Mr. Paul



Appellate Case: 05-3431 Page: 4 Date Filed: 04/22/2013 Entry ID: 4027878