United States Court of Appeals
For the Eighth Circuit
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
St. Louis, Missouri 63102

Michael E. Gans
Clerk of Court

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

April 24, 2013

Sean O'Brien
4920 N. Askew
Kansas City, MO 64119

Jennifer A. Merrigan
Federal Defender Office
899 North King Street
Wilmington, DE 19801

Re: 05-3431 Jeffery William Paul v. United States

Dear Counsel:

We have received your motion for appointment of the Capital Habeas Corpus Unit of the Federal Public Defender of Delaware, where Jennifer Merrigan is now employed. The motion seeks appointment "to enable Ms. Merrigan to continue her representation of Mr. Paul." The mandate issued in this appeal on October 31, 2008 and the Supreme Court denied a petition for writ of certiorari on October 5, 2009. This case is closed, and it is not apparent from your motion what purpose a continued appointment in this matter would serve. As a result, the court requests clarification of this question before it rules on the motion.

In light of the changes to the appointment process in clemency proceedings (in which appointments are now made in the district court), if may be that this matter should be addressed to the district court.

Thank you for clarifying this matter.

Sincerely.
Robin J. Weinberger
Chief Deputy Clerk

cc: Robert L. McGlasson