OFFICE OF THE FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF DELAWARE

EDSON A. BOSTIC
FEDERAL PUBLIC DEFENDER

KARL D. SCHWARTZ
CHIEF, CAPITAL HABEAS UNIT

JENNIFER A. MERRIGAN
ASSISTANT DEFENDER,
CAPITAL HABEAS UNIT

April 26, 2013

United States Court of Appeals
For the Eighth Circuit
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
St. Louis, Missouri 63102

Dear Ms. Weinberger,

This letter is in response to your letter of April 24, 2013, in which you ask for clarification regarding our motion currently before this Court.

I was appointed by this Court during appellate proceedings and have not been appointed by the District Court in Mr. Paul's case. Under 28 U.S.C. § 3599, my appointment would normally continue after the denial of certiorari, to ensure that Mr. Paul has representation in clemency and other post-certiorari collateral litigation, such as competency proceedings. Normally, under § 3599, a new appointment for clemency is not needed. However, because I have joined the Office of the Federal Public Defender, I have a new professional affiliation and thus must seek formal appointment in order to continue my representation of Mr. Paul. This request for appointment is an administrative formality, but is required by my current office. I assure this Court that neither I nor anyone in my office, will bill this Court for fees and/or expenses.

I appreciate the opportunity to clarify this request. Should this Court require any more information, my co-counsel and I are available to discuss the matter further.

Sincerely,

/s/ Jennifer Merrigan

Jennifer Merrigan