**UNITED STATES COURT OF APPEALS**
**FOR THE EIGHTH CIRCUIT**

No: 05-3431

Jeffery William Paul

Appellant

v.

United States of America

Appellee

---

Appeal from U.S. District Court for the Western District of Arkansas - Hot Springs
(6:96-cr-60022)

---

**ORDER**

Jeffery Paul's motion for appointment of the Capital Habeas Corpus Unit of the Federal Public Defender of Delaware to represent Mr. Paul in future proceedings at no additional cost to the court is granted. All counsel previously appointed by this court to represent Mr. Paul-attorneys Sean O'Brien, Robert McGlasson, and Jennifer Merrigan-are directed to notify the district court before undertaking additional work on behalf of Mr. Paul, so that the district court may have an opportunity to consider case budgeting as appropriate. *See, e.g.*, Admin. Office of the U.S. Courts, Guide to Judiciary Policy, Vol. 7, Pt. A., §§ 640 (Case Budgeting), 680.20.20 (Processing of Clemency Vouchers), 680.30 (Budgeting Clemency Work).

May 03, 2013

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.

---

/s/ Michael E. Gans